UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ANGEL LIMON, | No. 2:17-cv-01360 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| M.E. SPEARMAN, Warden, | |
| Respondent. | |

Petitioner is a state prisoner at High Desert State Prison proceeding pro se with a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On November 17, 2017, respondent filed a motion to dismiss this action as untimely filed. See ECF No. 11. Pursuant to Local Rule 230(l), petitioner's opposition or statement of non-opposition was due within 21 days. See E.D. Cal. L.R. 230(l). This deadline has passed without any response from petitioner.

Under Local Rule 230(l), failure to oppose a motion may be deemed a waiver of opposition thereto. Id. Additionally, Local Rule 110 provides that failure to comply with court rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Further, the Federal Rules of Civil Procedure provide for dismissal of an action for failure to prosecute or to comply with the rules or orders of the court. See Fed. R. Civ. P. 41(b).

////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall, within 21 days after the filing date of this order, file and serve an opposition or statement of non-opposition to respondent's pending motion to dismiss.

2. Failure to timely file and serve an opposition or statement of non-opposition to the pending motion will result in a recommendation that this action be dismissed under Rule 41(b), Federal Rules of Civil Procedure.

SO ORDERED.

DATED: February 27, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE